UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
NOV - 2 2009

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHARLOTTE PORTER                )
                                )
    Plaintiff,                  )
                                )
    vs.                         )   No. 09-1370
                                )
THE LAW OFFICE OF CHARLES G.    )
MCCARTHY, JR. & ASSOCIATES      )
                                )
    Defendant.                  )

**PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, CHARLOTTE PORTER ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, THE LAW OFFICES OF CHARLES G. MCCARTHY, JR. & ASSOCIATES, alleges and affirmatively states as follows:

### INTRODUCTION

1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2.  Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.  Because Defendant conducts business in the state of Illinois, personal jurisdiction is established.

4.  Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5.  Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

### PARTIES

6. Plaintiff is a natural person who resides in the City of Festus, County of Jefferson, State of Missouri and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Bloomington County of McLean, State of Illinois.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Defendant has constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

10. Defendant threatened to file a lawsuit against Plaintiff if Plaintiff did not pay the alleged debt.

11. Plaintiff does not owe the entire debt as the Defendant added its own Attorney's Fees to the alleged debt (See letter from Defend

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

12. Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

13. Defendant **violated the FDCPA**. Defendant's violations include, but are not limited

to the following:

    a).    Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's debt because Plaintiff does not owe the entire amount that Defendant is attempting to collect, as the Defendant has included its own Attorney's Fees.

    b).    Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

14. Declaratory judgment that the Defendant's conduct violated the FDCPA.

15. Actual damages.

16. Statutory damages of $1000.00 pursuant to the FDCPA, 15 U.S.C. 1692k.

17. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

18. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

BY:   /s/ Matthew Kiverts
      Matthew Kiverts
      KROHN & MOSS, LTD.
      120 W. Madison St., 10th Floor
      Chicago, IL 60602
      (312) 578-9428
      Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, CHARLOTTE PORTER, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF MISSOURI)

Plaintiff, CHARLOTTE PORTER, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, CHARLOTTE PORTER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 10/23/09

*Charlotte Porter*
CHARLOTTE PORTER,
Plaintiff

# EXHIBIT A



# THE LAW OFFICES OF CHARLES G. MCCARTHY, JR. & ASSOCIATES

Attorney at Law
Licensed in Illinois and Minnesota

PO Box 1045
Bloomington, IL 61702
www.charlesgmccarthy.com

Phone: (309) 828-7000
Fax: (309) 829-4136
TOLL FREE: (800) 866-6080

August 26, 2009

Re:  Kahuna Payment Solutions, Llc
(Original Creditor)

Our File #:  417544

| | |
|---|---|
| Original Amount: | $1918.77 |
| Interest*: | $0.00 |
| Attorney Fees: | $767.51 |
| Court Cost: | $0.00 |
| Miscellaneous: | $0.00 |
| TOTAL: | $2686.28 |

*(as of August 26, 2009)

This firm represents the above referenced creditor in the matter of your unpaid account. This debt is overdue and we will use all legally appropriate means for collection. If there is some dispute as to the amount of this claim, we will consider any information you wish to give us. We are also prepared to work out a reasonable payment plan.

The following Validation Notice is required by law to advise you of the following facts in regard to this account:  The amount of debt and name of the creditor are referenced above. Unless you, within 30 days after receipt of this notice, dispute the validity of this debt or any portion thereof, the debt will be assumed to be valid by us. If you notify us in writing within the 30 day period after receipt of this notice that the debt, or any portion thereof is disputed, we will obtain verification of the debt and a copy of any such judgment against you will be mailed to you by us. Upon your written request within the 30 day period after receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. The purpose of this letter is to collect a debt and any information obtained will be used for that purpose.

No determination has been made at this time whether this claim will result in the filing of a lawsuit. It is our hope that this matter will be resolved without court action. If a decision to sue is made, the claim will be forwarded to an attorney in the appropriate venue.

Very truly yours,
Charles G. McCarthy, Jr. & Associates

*[Handwritten note: Failed to give notice before assessing attorney fees]*

CCU064140V1

* * * Detach Lower Portion and Return with Payment * * *

---

PO Box 1045
Bloomington  IL  61702-1045

ADDRESS SERVICE REQUESTED

Re:  Kahuna Payment Solutions, Llc
Our File Number: 417544
TOTAL:      $2686.28

August 26, 2009

417544-V1     213568306

Charlotte Porter
12493 Highway Tt
Festus MO 63028-4399

Law Offices of Charles G. McCarthy Jr. & Associates
Attorneys at Law
PO Box 1045
Bloomington  IL  61702-1045



For your convenience, we accept VISA, MasterCard, and checks by phone, at no extra charge to you.